UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 09, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: DELTA/AIRTRAN BAGGAGE**
**FEE ANTITRUST LITIGATION**
    Dennis Patrick v. Delta Airlines, Inc., et al.,    )
        N.D. California, C.A. No. 4:10-530    )    MDL No. 2089

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 6, 2009, the Panel transferred one civil action to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 655 F.Supp.2d 1362 (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable Timothy C. Batten, Sr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Batten.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Timothy C. Batten, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

                FOR THE PANEL:

                Jeffery N. Lüthi
                Clerk of the Panel